IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Esparanza Mascorro,

    Petitioner,

v.

John Ashcroft, et al.

    Respondents.

No. C 03-01371 JSW

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING CASE.**

On April 14, 2003, this Court denied Petitioner's request for a temporary restraining order on the ground that it lacked jurisdiction to hear the underlying petition for habeas relief. (Docket No. 9.) At that time, however, the Court did not also issue an order denying the habeas petition for lack of jurisdiction. By this Order and for the reasons stated in its Order Denying Request for a Temporary Restraining Order, the Court DENIES the petition for writ of habeas corpus and DISMISSES this action.[1]

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 2, 2005

          /s/ Jeffrey S. White
          JEFFREY S. WHITE
          UNITED STATES DISTRICT JUDGE

---

[1] Petitioner appealed that decision, but she subsequently voluntarily dismissed her appeal. (Docket Nos. 10, 11.)

United States District Court
For the Northern District of California